# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 851 - 3 | **DATE** | 12/20/2007 |
| **CASE TITLE** | United States of America vs. Francisco Mendez Jr. | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to his arrest on 12/20/07. Defendant informed of rights. The Court finds that the defendant is unable to afford counsel. The Court appoints Donald Young as counsel for the defendant. Enter order appointing Donald Young as counsel for defendant. The government moves for detention. Detention hearing set for 12/27/07 at 10:30 a.m. Preliminary examination hearing is set for 1/3/08 at 1:30 p.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|