# FINANCIAL AFFIDAVIT

CJA 23
(Rev. 5/98)

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

United States vs Francisco Mendez Jr

FOR
AT

**FILED**
12-20-07
DEC 20 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEC — 2007

Magistrate Judge Sidney I. Schenkier

LOCATION NUMBER

DOCKET NUMBERS
Magistrate

District Court
07 CR 851-3

Court of Appeals

PERSON REPRESENTED (Show your full name)

Francisco Mendez JR

1 ☒ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →)   ☒ Felony   ☐ Misdemeanor

18 USC 546

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

| | |
|---|---|
| **EMPLOYMENT** | Are you now employed? ☒ Yes   ☐ No   ☐ Am Self Employed |
| | Name and address of employer: AWK Trucking Chicago |
| | **IF YES, how much do you earn per month?** $ 2500     **IF NO, give month and year of last employment** How much did you earn per month? $ _____ |
| | If married is your Spouse employed? ☒ Yes   ☐ No |
| | **IF YES, how much does your Spouse earn per month?** $ 900/2 weeks     If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____ |

**ASSETS**

| | |
|---|---|
| **OTHER INCOME** | Have you received within the past 12 months any income from a business, profession or other form of self–employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes   ☐ No |
| | **IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES** $ RECEIVED 20,000   SOURCES employment |
| **CASH** | Have you any cash on hand or money in savings or checking account ☒ Yes   ☐ No   **IF YES, state total amount** $ 5300— |
| **PROPERTY** | Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes   ☐ No |
| | **IF YES, GIVE THE VALUE AND DESCRIBE IT** VALUE $ 75,000   DESCRIPTION 11011 S Aven Chgo<br>$ 5000   99 Chrysler |

**OBLIGATIONS & DEBTS**

| DEPENDENTS | MARITAL STATUS | Total No. of Dependents | List persons you actually support and your relationship to them |
|---|---|---|---|
| | ☐ SINGLE | | |
| | ☒ MARRIED | 2 | |
| | ☐ WIDOWED | | |
| | ☐ SEPARATED OR DIVORCED | | |

| DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.) | APARTMENT OR HOME: Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | living expenses | $ | $ 2000 |
| | credit card | $ 10,000— | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12-20-07

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)