# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 851 - 3 | **DATE** | 12/28/2007 |
| **CASE TITLE** | United States of America vs. Francisco Mendez | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Defendant released on $250,000.00 secured bond. Enter order setting conditions of release.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | mm |
|---|---|---|