UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| FRANCISCO MENDEZ, JR. ) | |
| ) | No. 07 CR 851 |
| ) | Judge Sidney I. Schenkier |

## FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on December 28, 2007, and for and in consideration of bond being set by the Court for defendant Francisco Mendez, Jr., in the amount of $250,000, being partially secured by real property, Arminda Candelaria and defendant Francisco Mendez hereby warrant and agree:

1. Arminda Candelaria and defendant Francisco Mendez warrant that they are the sole record owners and titleholders of the real property located at <u>11011 South Avenue N., Chicago, Illinois</u>, described legally as follows:

> LOT TWENTY THREE (23) IN BLOCK SEVEN (7) IN EAST MANER, A SUBDIVISION OF LOTS 1, 2, AND 3 IN COUNTY CLERK'S DIVISION OF UNSUBDIVIDED LANDS IN THE SOUTHWEST QUARTER (1/4) OF SECTION 17, TOWNSHIP THIRTY-SEVEN (37) NORTH, RANGE 15, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS..

> P.I.N: 26-17-301-004-0000.

Arminda Candelaria and defendant Francisco Mendez warrant that there is one outstanding mortgage against the subject property and that the equitable interest in the real property is approximately $41,000.

2.  Arminda Candelaria and defendant Francisco Mendez agree that their equitable interest in the above-described real property, may be forfeited to the United States of America, should the defendant Francisco Mendez fail to appear as required by the Court or otherwise violate any condition of the Court's order of release. Arminda Candelaria and defendant Francisco Mendez further understand and agree that, if the defendant Francisco Mendez should violate any condition of the Court's release order, and their equity in the property is less than $250,000, they will be liable to pay any negative difference between the bond amount of $250,000 and their equitable interest in the property, and Arminda Candelaria and defendant Francisco Mendez hereby agree to the entry of a default judgment against them for the amount of any such difference. Arminda Candelaria and defendant Francisco Mendez have received a copy of the Court's release order and understand its terms and conditions. Further, the sureties understand that the only notice they will receive is notice of court proceedings.

3.  Arminda Candelaria and defendant Francisco Mendez further agree to execute a quitclaim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. Arminda Candelaria and defendant Francisco Mendez understand that should defendant Francisco Mendez fail to appear or otherwise violate any condition of the Court's order of release, the United States may obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4.  Arminda Candelaria and defendant Francisco Mendez further agree that they will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and

will take no action which could encumber the real property or diminish their interest therein, including any effort to sell or otherwise convey the property without leave of Court.

5.  Arminda Candelaria and defendant Francisco Mendez further understand that if they have knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant Francisco Mendez they are subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. Arminda Candelaria and defendant Francisco Mendez agree that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6.  Arminda Candelaria and defendant Francisco Mendez hereby declare under penalty of perjury that they have read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 12-28-07

**Arminda Candelaria**
SURETY/GRANTOR

Date: 12-28-07

**Francisco J. Mendez**
DEFENDANT/SURETY/GRANTOR

Date: 12-28-07

Witness

Return to:

Ann Bissell
U.S. Attorney's Office
219 S. Dearborn, 5th Floor
Chicago, Illinois 60604
/dc

3