06 GJ 0808  NF

Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 0851 | DATE | MARCH 18, 2008 |
| CASE TITLE | US v. FRANCISCO MENDEZ-NUNEZ, et al | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL FEBRUARY 2008-1**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

MAGISTRATE JUDGE KEYS

Judge or Magistrate Judge

Docket Entry:

**MAGISTRATE JUDGE SCHENKIER**

NO BOND SET, DETAINED BY MAGISTRATE AS TO FRANCISCO MENDEZ-NUNEZ, SALVADOR GARCIA, and JUAN DURAN. BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO FRANCISCO MENDEZ, JR., JAVIER GARCIA, FRANCISCO SOTO, OSCAR ANDRADE, VICTOR VELAZQUEZ, and DON McNISH.

JUDGE GETTLEMAN

**FILED**

MAR 18 2008  NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

| | |
|---|---|
| ___ No notices required, advised in open court. | |
| ___ No notices required. | |
| ___ Notices mailed by judge's staff. | |
| ___ Notified counsel by telephone. | |
| ___ Docketing to mail notices. | |
| ___ Mail AO 450 form. | |
| ___ Copy to judge/magistrate judge. | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office |

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#