**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 851 |
| v. | ) | |
| | ) | The Honorable Judge |
| | ) | Robert W. Gettleman |
| FRANCISCO MENDEZ JR. | ) | |
| Defendant | ) | |

**NOTICE OF MOTION**

To:   J. Gregory Deis
      Assistant United States Attorney
      219 S. Dearborn St.
      Chicago, IL 60604

PLEASE TAKE NOTICE that on April 25, 2008, at 2:00pm, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gettleman, in the courtroom usually occupied by him, room 1703, the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, 60605, for a hearing on Petitioner's MOTION TO CONDITIOND OF BOND, service which is being made upon you.

                                        Respectfully submitted,

                                        /s/ Gal Pissetzky_____
                                        Gal Pissetzky
                                        Attorney for Mr. Mendez Jr.
                                        53 W. Jackson Blvd., Suite 1403
                                        Chicago, IL 60604
                                        (312)566-9900

## **CERTIFICATE OF SERVICE**

 The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

### **NOTICE OF MOTION**

was served on April 22, 2008, pursuant to the district court's ECF filers to the following:

 J. Gregory Deis
 Assistant United States Attorney
 219 S. Dearborn St., 5th Floor
 Chicago, IL 60604

            Respectfully submitted,

            /s/ Gal Pissetzky_____
            Gal Pissetzky
            53 W. Jackson Blvd., Suite 1403
            Chicago, IL 60604
            (312)566-9900