**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | Case Number: 07 CR 851 |
| | ) | |
| v. | ) | Judge: Robert W. Gettleman |
| | ) | |
| FRANCISCO MENDEZ JR. | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENTION OF TIME TO FILE
PRE-TRIAL MOTIONS**

**NOW COMES**, the Defendant, **MR. FRANCISCO MENDEZ JR.** and through his attorney, **GAL PISSETZKY**, respectfully moves this Honorable Court to extend the time to file pre-trial motions. In support of his request, Mr. Mendez Jr. states as follows:

1. This Honorable Court requested that all pre-trial motions in this matter be filed by May 29, 2008.
2. Mr. Mendez Jr. wishes to file some meritorious pre-trial motions.
3. The government sent voluminous discovery material to counsel that included significant amounts of Title III wiretap material.
4. Counsel had technical difficulties listening to the audio CDs of the wiretap material and made several requests to the government for new CDs.
5. The final request was made on May 19, 2008 and the government provided Mr. Pissetzky with working CDs shortly thereafter.
6. Nearly all of the material on the audio CDs is in Spanish and needs to be translated into English.
7. Mr. Pissetzky, attorney for Mr. Mendez Jr., needs more time to review the audio CDs and to prepare any pre-trial motions.
8. This request is not made to delay the matter, but to see that justice is done and to assure continuity of counsel.

   WHEREFORE, Mr. Francisco Mendez Jr. respectfully request that this Honorable Court grant his motion and extend the filing deadline in 30 days, or to any time the Court sees fit.

                                        Respectfully submitted,

                                        /s/ Gal Pissetzky_____
                                        Gal Pissetzky
                                        Attorney for Mr. Mendez Jr.
                                        53 W. Jackson Blvd., Suite 1403
                                        Chicago, IL 60604
                                        (312)566-9900

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | Case Number: 07 CR 851 |
| | ) | |
| v. | ) | Judge: Robert W. Gettleman |
| | ) | |
| FRANCISCO MENDEZ JR. | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

**MOTION FOR EXTENTION OF TIME TO FILE
PRE-TRIAL MOTIONS**

was served on May 27, 2008, pursuant to the district court's ECF filers to the following:

**AUSA J. Gregory Deis
AUSA Mark E. Schneider
AUDS Meghan C. Morrissey**
Assistant United States Attorney's Office
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

Respectfully submitted,

/s/ Gal Pissetzky
Gal Pissetzky
Attorney for Mr. Mendez Jr.
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312)566-9900