## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | Case Number: 07 CR 851 |
| | ) | |
|     v. | ) | Judge: Gettleman |
| | ) | |
| FRANCISCO MENDEZ JR. | ) | |
|     Defendant. | ) | |

### MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS

**NOW COMES**, the Defendant, **MR. FRANCISCO MENDEZ JR.**, by and through his attorney, **GAL PISSETZKY**, and respectfully moves this Honorable Court to grant Mr. Francisco Mender Jr. leave to adopt motions of co-defendants to the extent that such motions are not inconsistent with the motions filed on behalf of Mr. Mendez Jr. by his attorney.

Respectfully submitted,

/s/ Gal Pissetzky_____
Gal Pissetzky
Attorney for Mr. Mendez Jr.
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312)566-9900

## CERTIFICATE OF SERVICE

The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

**MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS**

was served on June 30, 2008, pursuant to the district court's ECF filers to the following:

**AUSA J. Gregory Deis**
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

Respectfully submitted,

/s/ Gal Pissetzky_____
Gal Pissetzky
Attorney for Mr. Mendez Jr.
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312)566-9900