**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                   Case No.: 1:07–cr–00851
                                                           Honorable Robert W. Gettleman

Francisco Mendez–Nunez, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable Robert W. Gettleman: Motion for extension of time [128] to file pretrial motions is granted as to Francisco Mendez Jr. (3); Motion for joinder [154] is granted as to Francisco Mendez Jr. (3); Government's response to defendant Francisco Mendez, Jr. motion to suppress [153]is due by 8/29/2008. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.