**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                              Case No.: 1:07−cr−00851
                                                Honorable Robert W. Gettleman

Francisco Mendez−Nunez, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, September 9, 2008:

   MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on
9/9/2008. Defense replies to government's response to motion to suppress are due by
9/23/2008. Status hearing set for 10/8/2008 at 09:30 A.M. The Court deems the period of
time from 9/9/2008 through 10/8/2008 excludable under 18 U.S.C. Sect.
3161(h)(8)(B)(iv). Mailed notice (gds,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.